570 A.2d 976
STATE OF NEW JERSEY v. JOHN OLIVITO.

November 6, 1989.

Petition for certification denied.

570 A.2d 976
STATE OF NEW JERSEY v. ROBERT A. GABER.

November 6, 1989.

Petition for certification denied.

570 A.2d 976
STATE OF NEW JERSEY v. NASIR SAID NASSARDEEN.

November 6, 1989.

Petition for certification denied.

570 A.2d 976
TOWNSHIP OF WEST MILFORD AND ATTORNEY GENERAL
OF NEW JERSEY v. GERALD AND JUANITO VAN DECKER.

November 6, 1989.

Motion for reconsideration granted; and it is further

ORDERED that the petition for certification granted. (See
235 *N.J.Super.* 1, 561 *A.*2d 607)